RONALD K. GOODENOW *v.* TRINITY COLLEGE
(6004)

BORDEN, SPALLONE and FOTI, Js.

Argued April 6—decision released April 21, 1988

*Raymond C. Seligson,* for the appellant (plaintiff).

*Albert Zakarian,* with whom, on the brief, was *Kirk D. Tavigian, Jr.,* for the appellee (defendant).

PER CURIAM. There is no error.